# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Antoine Johnson Pickup & Go Moving International, Inc., | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:19-cv-00112-RJC-DSC |
| vs. | ) ) | |
| Capital One Bank (USA), N.A., Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 21, 2020 Order.

February 21, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court